IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| PABLO GONZALEZ, et al., | ) | Case No. 4:17-cv-733-BYP |
| | ) | |
| Plaintiffs, | ) | Judge Benita Y Pearson |
| | ) | |
| v. | ) | |
| | ) | |
| RAILWORKS TRACK SERVICES, Inc., | ) | **MOTION FOR ADMISSION OF** |
| | ) | **COUNSEL *PRO HAC VICE*** |
| Defendant. | ) | |
| | ) | |

Defendant, Railworks Track Services, Inc. ("Defendant") in the above-captioned action, by and through counsel and pursuant to Loc. R. 83.5(h), hereby moves this Honorable Court to admit *pro hac vice* Eric R. Magnus, Esq. of Jackson Lewis, P.C., located at 1155 Peachtree Street N.E., Suite 1000, Atlanta, GA 30309, to the Northern District of Ohio, Eastern Division, for the purposes of prosecuting the above-captioned case. Attached hereto and incorporated herein as if fully rewritten are the Verified Statement and Oath of Eric R. Magnus, Esq.

WHEREFORE, since Eric R. Magnus, Esq. is an attorney in good standing of good and sufficient experience to conduct himself with acumen in the United States District Court for the Northern District of Ohio, Defendant hereby moves for the admission of Eric R. Magnus, Esq. *pro hac vice.*

Dated this 2nd day of August, 2017.

                                           Respectfully submitted,

                                           **Jackson Lewis, P.C.**

                                           */s/ Vincent J. Tersigni*

                                           Vincent J. Tersigni (#0040222)
                                           Park Center Plaza I. Suite 400
                                           6100 Oak Tree Boulevard
                                           Cleveland, OH 44131
                                           Vincent.Tersigni@jacksonlewis.com
                                           Telephone:     (216) 750-0404
                                             Fax:            (216) 750-0826

                                           *Counsel for the Defendant*

## <u>CERTIFICATE OF SERVICE</u>

A copy of the foregoing was filed electronically this 2nd day of August, 2017.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

*/s/ Vincent J. Tersigni*
Vincent J. Tersigni (#0040222)

*Counsel for the Defendant*

4847-4144-5452, v. 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| PABLO GONZALEZ, et al., | ) | Case No. 4:17-cv-733-BYP |
| | ) | |
| Plaintiffs, | ) | Judge Benita Y Pearson |
| | ) | |
| v. | ) | |
| | ) | |
| RAILWORKS TRACK SERVICES, INC., | ) | VERIFIED STATEMENT AND |
| | ) | OATH OF ERIC R. MAGNUS |
| Defendants | ) | |
| | ) | |

I, Eric R. Magnus, under the authority of the rules governing admission to the United States District Court, Northern District of Ohio, Eastern Division, move this Court for permission to participate *pro hac vice* as counsel in the above-captioned case and would show the Court as follows:

1. I am a Principal at Jackson Lewis, P.C., located at 1155 Peachtree Street N.E., Suite 1000, Atlanta, GA 30309. Telephone: (440) 586-1820. Email: magnuse@jacksonlewis.com

2. I am licensed to practice in the State of Georgia and an active member in good standing. I have been admitted to practice before the U.S. Supreme Court, the Circuit Court of Appeals in the 2nd, 3rd, 10th, and 11th Circuits, United States District Courts in the Northern District of Georgia, Middle District of Georgia, Southern District of Georgia and, Northern District of Florida, respectively.

4. I have never been disbarred or suspended from practice before any court, department, bureau or commission of any State or the United States.

5. I have never received any reprimand from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

6. Attached hereto is a motion of Ohio attorney, Vincent J. Tersigni, with whom I will be associated in the proceedings of this case, and below in an Oath per Local Rule 83.5(f).

WHERFORE, Movant, Eric R. Magnus, prays that this Court grant him permission to participate as a non-resident attorney in the proceedings of this case.

Eric R. Magnus (801405)
Eric R. Magnus, Esq.
Jackson Lewis, P.C.
1155 Peachtree Street N.E., Suite 1000
Atlanta, GA 30309
magnuse@jacksonlewis.com
Telephone:     (404) 525-8200
Fax:             (404) 525-1173

## OATH

Pursuant to Loc. R. 83.5(f)

I, Eric R. Magnus, do solemnly swear that as an attorney of this Court I will conduct myself uprightly, according to the law and the ethical standards of the Ohio Rules of Professional Conduct adopted by the Supreme Court of Ohio, so far as they are not inconsistent with Federal Law, and that I will support the Constitution and laws of the United States.

_Eric Magnus_
Eric R. Magnus, Esq.

Subscribed and Sworn before me, Notary Public, this 2nd day of August, 2017.

_Julie Ann Bluehs_
**NOTARY PUBLIC**

4845-7367-3292, v. 1



JULIE ANNE BLUEHS
NOTARY
MY COMM EXP
GEORGIA
FEB 3, 2021
PUBLIC
COWETA COUNTY