**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **PABLO GONZALEZ,** *et al.,* ) | Case No. 4:17-cv-733-BYP |
| ) | |
| **Plaintiffs,** ) | **JUDGE BENITA Y. PEARSON** |
| ) | |
| **v.** ) | |
| ) | |
| **RAILWORKS TRACK SERVICES,** ) | |
| **Inc.,** ) | |
| ) | |
| **Defendant.** ) | |

**NOTICE OF SETTLEMENT**

Defendant, Railworks Track Services, Inc. ("Defendant") and Plaintiffs, Pablo Gonzalez and Jerry A. Snow, Jr. (on behalf of themselves and those individuals who have opted-in to this case, "Plaintiffs"), hereby jointly submit this Notice of Settlement to notify the Court that the parties reached a settlement of this matter following private mediation. Because this matter involves claims arising under the Fair Labor Standards Act, court approval of the parties' settlement is required. The parties anticipate filing a joint motion seeking approval of their negotiated settlement agreement within the next week.

Respectfully submitted this 28th day of February, 2018.

| | |
|---|---|
| */s/ Robert E. DeRose* | */s/ Eric R. Magnus* |
| Robert E. DeRose (#0055214) | Eric R. Magnus (GA Bar #801405) |
| Trent R. Taylor (#0091748) | Jackson Lewis P.C. |
| Barkan Meizlish Handelman Goodin | 1155 Peachtree Street, N.E., Suite 1000 |
| DeRose Wentz | Atlanta, GA 30309 |
| 250 East Broad Street, 10th Floor | (404) 525-8200 |
| Columbus, OH 43215 | (404) 525-1173 (Fax) |
| (614) 221-4221 | magnuse@jacksonlewis.com |
| (614) 744-2300 (Fax) | |
| bderose@barkanmeizlish.com | and |
| ttaylor@barkanmeizlish.com | |
| | */s/ Vincent J. Tersigni* |
| *Attorneys for Plaintiffs* | Vincent J. Tersigni (#0040222) |
| | Jackson Lewis P.C. |
| | Park Center Plaza I, Suite 400 |
| | 6100 Oak Tree Boulevard |
| | Cleveland, OH 44131 |
| | (216) 750-0404 |
| | (216) 750-0826 (Fax) |
| | vincent.tersigni@jacksonlewis.com |
| | |
| | *Attorneys for Defendant* |
| | *RailWorks Track Services, Inc.* |

## CERTIFICATE OF SERVICE

A copy of the foregoing Notice of Settlement was filed electronically this 28th day of February, 2018. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

>   */s/ Vincent J. Tersigni*
>   Vincent J. Tersigni (#0040222)
>
>   *One of the Attorneys for Defendant*

4829-1726-2174, v. 3