# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| PABLO GONZALEZ, *et al.*, ) | Case No. 4:17-cv-733-BYP |
| ) | |
| Plaintiffs, ) | JUDGE BENITA Y. PEARSON |
| ) | |
| v. ) | |
| ) | |
| RAILWORKS TRACK SERVICES, ) | |
| Inc., ) | |
| ) | |
| Defendant. | |

## JOINT REPORT REGARDING MOTION FOR APPROVAL OF SETTLEMENT

Plaintiffs, Pablo Gonzalez and Jerry A. Snow, Jr. (on behalf of themselves and those individuals who have opted-in to this case, "Plaintiffs"), and Defendant RailWorks Track Services, Inc. ("Defendant"), hereby submit this Joint Motion Regarding Motion for Approval of Settlement Agreement in accordance with the Court's Order dated March 27, 2018 (Doc. #55).

The Parties hereby submit for the Court's approval a revised Settlement Agreement and Release (the "Agreement") with the previous reference to a fairness hearing struck from the Agreement. A fairness hearing is neither requested nor required. The revised Agreement is attached hereto as Exhibit A.  The rest of the Agreement remains the same as previously presented to the Court for approval.  The Court will note that Exhibit A to the Agreement was previously filed separately under seal as Doc. #53.  Exhibit A to the Agreement is unchanged.

Accordingly, the parties respectfully request that the Court approve their revised Agreement. A proposed Order is attached hereto as Exhibit B.

Respectfully submitted this 30th day of March, 2018.

/s/ Robert E. DeRose
Robert E. DeRose (0055214)
Trent R. Taylor (0091748)
Barkan Meizlish Handelman Goodin
DeRose Wentz
250 East Broad Street, 10th Floor
Columbus, OH 43215
(614) 221-4221
(614) 744-2300 (Fax)
bderose@barkanmeizlish.com
ttaylor@barkanmeizlish.com

*Attorneys for Plaintiffs*

/s/ Eric R. Magnus
Eric R. Magnus (GA Bar #801405)
Jackson Lewis P.C.
1155 Peachtree Street, N.E., Suite 1000
Atlanta, GA 30309
(404) 525-8200
(404) 525-1173 (Fax)
magnuse@jacksonlewis.com

and

/s/ Vincent J. Tersigni
Vincent J. Tersigni (0040222)
Jackson Lewis P.C.
Park Center Plaza I, Suite 400
6100 Oak Tree Boulevard
Cleveland, OH 44131
(216) 750-0404
(216) 750-0826 (Fax)
Vincent.Tersigni@jacksonlewis.com

*Attorneys for Defendant*
*RailWorks Track Services, Inc.*

## CERTIFICATE OF SERVICE

A copy of the foregoing was filed electronically this ___ ʰ day of March, 2018. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ *Vincent J. Tersigni*
Vincent J. Tersigni (#0040222)

*Attorney for Defendant*

4850-2553-2512, v. 1