IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| PABLO GONZALEZ, *et al.*, | )  Case No. 4:17-cv-733-BYP |
| ) | |
| Plaintiffs, | )  JUDGE BENITA Y. PEARSON |
| ) | |
| v. | ) |
| ) | |
| RAILWORKS TRACK SERVICES, Inc., | ) |
| ) | |
| Defendant. | ) |

## ORDER

This case is before the Court for consideration of the Joint Motion for Approval of Settlement.

Having reviewed the Settlement Agreement and Release (the "Agreement") executed by the parties, the Court finds that the settlement is fair, adequate, and reasonable. The Court finds that the Agreement was negotiated at arm's-length by represented parties and is not the result of any collusion. The Court has also reviewed the unopposed request for approval of attorneys' fees and costs in the amount stated in the Agreement and finds that the attorneys' fees and costs provided in the Agreement are reasonable.

Therefore, the Joint Motion for Approval of Settlement is hereby **GRANTED**, the settlement of the parties is hereby **APPROVED**, and the terms of the parties' Settlement Agreement are hereby incorporated into this Order.

Consistent with the terms of the Agreement, Defendant shall tender to Plaintiffs all payments within fifteen (15) business days of the entry of this Order, and the parties shall

thereafter file a stipulation of dismissal with prejudice.  The Clerk is hereby **DIRECTED** to administratively close this case.  Fees and costs shall be paid to Plaintiffs' counsel as set forth in the Agreement.

  **SO ORDERED** this 2nd day of April, 2018.

                /s/ *Benita Y. Pearson*
                JUDGE BENITA Y. PEARSON

4825-7929-0974, v. 1